| | | | |
|---|---|---|---|
| Debtor 1 | **Phillip James Strosahl** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN | | |
| Case number (if known) | 20-21076 | | |

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:** Summarize Your Assets

|  | | **Your assets** Value of what you own |
|---|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................................. | $ | 570,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................... | $ | 309,739.62 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................ | $ | 879,739.62 |

**Part 2:** Summarize Your Liabilities

|  | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ | 554,795.64 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ | 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ | 1,534,544.79 |
| **Your total liabilities** | $ | 2,089,340.43 |

**Part 3:** Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................................. | $ | 14,947.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................................... | $ | 15,959.82 |

**Part 4:** Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

Debtor 1     **Phillip James Strosahl**
         First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)
         First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number    **20-21076**

☐ Check if this is an
   amended filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| | | |
|---|---|---|
| **1.1** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

**N94 W21891 Schlei Road**
Street address, if available, or other description

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Menomonee Falls**    **WI**    **53051-0000**
City        State        ZIP Code

Current value of the entire property?   **$270,000.00**

Current value of the portion you own?   **$270,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Waukesha**
County

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

## 1.2 If you own or have more than one, list here:

**N52 W14413 Aryshire Court**
Street address, if available, or other description

**Menomonee Falls    WI    53051-0000**
City    State    ZIP Code

**Waukesha**
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $300,000.00 | $300,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>    **$570,000.00**

---

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

### 3.1

Make:    **Ford**
Model:    **E150**
Year:    **2002**
Approximate mileage:    **145,000**
Other information:

**Fair condition**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $686.00 | $686.00 |

### 3.2

Make:    **Chevrolet**
Model:    **Trailblazer**
Year:    **2006**
Approximate mileage:    **175,000**
Other information:

**Fair condition**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,024.00 | $1,024.00 |

---

| 3.3 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Escape** | ■ Debtor 1 only | | |
| | Year: | **2007** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **245,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Poor condition** | | ☐ Check if this is community property (see instructions) | **$517.00** | **$517.00** |

| 3.4 | Make: | **Honda** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Ridgeline** | ■ Debtor 1 only | | |
| | Year: | **2019** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **7,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ☐ Check if this is community property (see instructions) | **$31,394.00** | **$31,394.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| 4.1 | Make: | **Trailer** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Utility 5 x 10** | ■ Debtor 1 only | | |
| | Year: | **2000** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ☐ Check if this is community property (see instructions) | **$500.00** | **$500.00** |

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>   | **$34,121.00** |

**Part 3:**   Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| See attached | $12,291.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| See attached | $1,300.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles

   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments

   ☐ No
   ■ Yes. Describe.....

   | See attached | $850.00 |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ■ Yes. Describe.....

    | Shoes and everyday clothes | $1,000.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ■ Yes. Describe.....

    | Wedding ring, Seiko and Timex watches | $300.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ■ Yes. Describe.....

    | Rescue mutt | $0.00 |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ■ Yes. Give specific information.....

    | Hearing aids | Unknown |
    |---|---|

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

   | $15,741.00 |
   |---|

**Part 4:**  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

■ Yes.........................................................................................................

|  | Cash | $200.00 |
|---|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.....................         Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking ending in 7083** | **First Bank Financial Centre** | $2,227.99 |
| 17.2. | **Checking/UTMA ending in 7219** | **First Bank Financial Centre (minor daughter)** | $38.61 |
| 17.3. | **Savings ending in 7287** | **First Bank Financial Centre** | $21.79 |
| 17.4. | **Savings ending in 8258** | **First Bank Financial Centre** | $506.37 |
| 17.5. | **Savings/UTMA ending in 8241** | **First Bank Financial Centre (minor daughter)** | $812.66 |
| 17.6. | **Checking/Savings** | **Wells Fargo** | $10.74 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................         Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Strosahl Family, LLC** | **25** | % | $22,000.00 |
| **Strosahl & Co. CPA's S.C.** | **100** | % | $0.00 |
| **Strosahl Wealth Management LLC** | **100** | % | $0.00 |
| **Strosahl Properties LLC** | **100** | % | $0.00 |
| **Trusted CPA's & Advisors LLC** | **100** | % | Unknown |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
         Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| | Type of account: | Institution name: | |
|---|---|---|---|
| | **401(k)** | **Strosahl & Co. (RMS Retirement Solutions)** | **$181,744.30** |
| | **IRA** | **Avantax** | **$7,240.00** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................       Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☐ No
    ■ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| **Tomorrow's Scholar 529 ending in 1638** | **$3,210.29** |
| **Tomorrow's Scholar 529 ending in 1646** | **$4,337.55** |
| **Tomorrow's Scholar 529 ending in 7664** | **$6,228.10** |
| **Tomorrow's Scholar 529 ending in 8683** | **$6,228.10** |
| **Tomorrow's Scholar 529 ending in 8701** | **$18,495.12** |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ■ Yes.  Give specific information about them...

| | |
|---|---|
| **CPA license; securities license 6 & 7; life insurance sales license** | **Unknown** |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No

■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2019 return not yet filed | **State** | **Unknown** |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
    benefits; unpaid loans you made to someone else

■ No

☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
| --- | --- | --- |
| **American Family** | **Jennifer Wesela** | **$6,576.00** |
| **CCHP (health insurance)** | **Phillip Strosahl and minor daughter** | **$0.00** |
| **AICPA/(AON) (disability)** | **Phillip Strosahl** | **$0.00** |
| **American Family (homeowners)** | **Phillip Strosahl** | **$0.00** |
| **AICPA/(AON) (term life)** | **Jennifer Wesela** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.

■ No

☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**

■ No

☐ Yes. Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**....................................................................................................... | **$259,877.62**

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.<br>If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☑ No
☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ..................................... | **$0.00**

| **Part 8:** | List the Totals of Each Part of this Form |

55.  **Part 1: Total real estate, line 2**  ..................................................................................................... | **$570,000.00**
56.  **Part 2: Total vehicles, line 5** | $34,121.00
57.  **Part 3: Total personal and household items, line 15** | $15,741.00
58.  **Part 4: Total financial assets, line 36** | $259,877.62
59.  **Part 5: Total business-related property, line 45** | $0.00
60.  **Part 6: Total farm- and fishing-related property, line 52** | $0.00
61.  **Part 7: Total other property not listed, line 54** |  + | $0.00

62.  **Total personal property.** Add lines 56 through 61... | $309,739.62 | Copy personal property total | $309,739.62

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62 | **$879,739.62**

| HOUSEHOLD GOODS AND FURNISHINGS | |
| --- | --- |
| **ITEM DESCRIPTION** | **VALUE** |

KITCHEN

| | |
| --- | --- |
| LG REFRIGERATOR | $ 1,100.00 |
| LG STOVE | $ 900.00 |
| GE PORTABLE DISHWASHER | $ 300.00 |
| SMALL APPLIANCES | $ 100.00 |
| SHELF UNIT | $ 10.00 |

$2,410.00

DINING ROOM

| | |
| --- | --- |
| TABLE | $ 100.00 |
| CHAIRS (6) | $ 120.00 |
| CHINA CABINET | $ 100.00 |
| SERVER | $ 100.00 |
| SHELF | $ 20.00 |
| WINE GLASSES | $ 20.00 |
| GLASS BOWLS (4) | $ 80.00 |
| VASES | $ 20.00 |

$560.00

LIVING ROOM

| | |
| --- | --- |
| GRANDFATHER CLOCK (Howard Miller) | $ 500.00 |
| SLEEPER SOFA | $ 50.00 |
| CHAIR AND OTTOMAN | $ 50.00 |
| GLIDER CHAIR AND FOOTREST | $ 50.00 |
| COFFEE TABLE | $ 10.00 |
| FLOOR LAMPS (2) | $ 10.00 |
| AIR FILTER | $ 25.00 |
| END TABLE | $ 5.00 |
| SHELF | $ 5.00 |

$705.00

FRONT HALL

| | |
| --- | --- |
| SHELF UNIT | $ 10.00 |
| STEP LADDER | $ 5.00 |

$15.00

MASTER BEDROOM

| | |
| --- | --- |
| KING BED SET (25 years old) | $ 100.00 |
| END TABLE | $ 10.00 |
| LARGE MIRROR | $ 10.00 |
| CEDAR CHEST | $ 50.00 |
| COFFEE TABLE | $ 10.00 |
| DRESSER | $ 25.00 |
| BEDSIDE TABLE | $ 50.00 |
| GLIDER AND FOOT REST | $ 50.00 |
| FOLDING TABLE (6 FT.) | $ 10.00 |

| MASTER BEDROOM (CONT'D) | | |
|---|---|---|
| MAGAZINE RACK | $ | 10.00 |
| BATHROOM SHELF | $ | 5.00 |
| | | $330.00 |

| BEDROOM/DAUGHTER | | |
|---|---|---|
| FULL BED | $ | 50.00 |
| DRESSER | $ | 50.00 |
| MAKEUP TABLE | $ | 25.00 |
| SHELF | $ | 10.00 |
| CHAIR | $ | 10.00 |
| MIRROR | $ | 10.00 |
| TABLE LAMPS (2) | $ | 10.00 |
| | | $165.00 |

| THIRD BEDROOM | | |
|---|---|---|
| TWIN BUNK BEDS | $ | 50.00 |
| FUTON | $ | 25.00 |
| SMALL DRESSER | $ | 25.00 |
| FLOOR LAMP | $ | 10.00 |
| OFFICE CABINET | $ | 25.00 |
| STANDING FAN | $ | 5.00 |
| | | $140.00 |

| TV ROOM | | |
|---|---|---|
| CHAIR AND OTTOMAN | $ | 20.00 |
| RECLINER | $ | 20.00 |
| TABLE | $ | 5.00 |
| SHELVING UNIT | $ | 10.00 |
| END TABLE | $ | 5.00 |
| FLOOR LAMPS (2) | $ | 10.00 |
| DESK LAMPS (4) | $ | 8.00 |
| | | $78.00 |

| PORCH | | |
|---|---|---|
| SHELVING UNITS (2) | $ | 20.00 |
| BATHROOM SHELVES (2) | $ | 40.00 |
| COOLERS (3) | $ | 15.00 |
| SHOE RACK | $ | 5.00 |
| DECK CHAIRS (4) | $ | 8.00 |
| SHOP VAC (2) | $ | 10.00 |
| OLD TABLE | $ | 20.00 |
| CLOSET SHELVES (2) | $ | 20.00 |
| | | $138.00 |

| BASEMENT | | |
|---|---|---|
| LG WASHER | $ | 600.00 |
| LG DRYER | $ | 600.00 |
| SHELVES (3) | $ | 30.00 |
| REFRIGERATOR | $ | 50.00 |
| FREEZER | $ | 25.00 |

| BASEMENT (CONT'D) | | | |
|---|---|---|---|
| FILE CABINET | $ | 10.00 | |
| FUTON (2) | $ | 50.00 | |
| BOOKSHELVES (2) | $ | 50.00 | |
| FOLDING TABLE (4 FT.) | $ | 10.00 | |
| FRAMED PRINTS (10) | $ | 250.00 | |
| CHINA SETS (2) | $ | 200.00 | |
| SHELVES (2) | $ | 20.00 | |
| AIR PURIFIER | $ | 25.00 | |
| SUITCASES (3) | $ | 15.00 | |
| TOYS | $ | 100.00 | |
| | | | $2,035.00 |
| | | | |
| GARAGE | | | |
| RIDING MOWER WITH ATTACHMENTS | $ | 1,500.00 | |
| SNOW BLOWER | $ | 300.00 | |
| PUSH LAWNMOWER | $ | 200.00 | |
| PUSH LAWNMOWER | $ | 25.00 | |
| SHELVES (2) | $ | 20.00 | |
| ASSORTED HOUSEHOLD TOOLS | $ | 100.00 | |
| GARDEN HAND TOOLS | $ | 100.00 | |
| LAWN TOOLS | $ | 200.00 | |
| TOOL BOX | $ | 50.00 | |
| CAR TOP CARRIER | $ | 25.00 | |
| CARGO CARRIER | $ | 25.00 | |
| WHEELBARROWS (2) | $ | 20.00 | |
| EXTENSION LADDERS (2) | $ | 50.00 | |
| STEP LADDERS (4) | $ | 100.00 | |
| | | | $2,715.00 |
| YARD | | | |
| DIMENSION ONE CALIFORNIA HOT TUB (2 years old) | $ | 3,000.00 | |
| | | | $3,000.00 |
| | | | |
| TOTAL HOUSEHOLD GOODS AND FURNISHINGS | | | $12,291.00 |

| ELECTRONICS | |
|---|---|
| **ITEM DESCRIPTION** | **VALUE** |
| 50'"TCL TV | $ 50.00 |
| 65" TCL TV | $ 200.00 |
| 40" SAMSUNG TV | $ 50.00 |
| STEREOS (2) WITH BASS AND SPEAKERS | $ 100.00 |
| PRINTER | $ 100.00 |
| LAPTOP | $ 300.00 |
| CELL PHONES (6) | $ 500.00 |
| TOTAL ELECTRONICS | $1,300.00 |

| SPORTS AND HOBBIES | |
|---|---|
| **ITEM DESCRIPTION** | **VALUE** |
| KAYAKS (2) | $ 150.00 |
| TREK BICYCLES (3) (OLD, LOW-END) | $ 300.00 |
| BIKE RACKS (2) | $ 50.00 |
| TREADMILL (15 years old) | $ 50.00 |
| CONSOLE PIANO (CABLE COMPANY 1965) | $ 300.00 |

| | |
|---|---|
| TOTAL SPORTS AND HOBBIES | $850.00 |

**Fill in this information to identify your case:**

| Debtor 1 | **Phillip James Strosahl** | |
|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number 20-21076
(if known)

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt 4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:** Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **N94 W21891 Schlei Road Menomonee Falls, WI 53051 Waukesha County**<br>Line from *Schedule A/B*: **1.1** | $270,000.00 | ☑<br>☐ | $75,000.00<br><br>100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.20** |
| **2019 Honda Ridgeline 7,000 miles**<br>Line from *Schedule A/B*: **3.4** | $31,394.00 | ☑<br>☐ | $4,000.00<br><br>100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(g)** |
| **See attached**<br>Line from *Schedule A/B*: **6.1** | $12,291.00 | ☑<br>☐ | $12,000.00<br><br>100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(d)** |
| **Checking ending in 7083: First Bank Financial Centre**<br>Line from *Schedule A/B*: **17.1** | $2,227.99 | ☑<br>☐ | $2,227.99<br><br>100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(k)** |
| **Savings ending in 7287: First Bank Financial Centre**<br>Line from *Schedule A/B*: **17.3** | $21.79 | ☑<br>☐ | $21.79<br><br>100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(k)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Savings ending in 8258: First Bank Financial Centre**<br>Line from *Schedule A/B*: **17.4** | $506.37 | ■ $506.37<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(k)** |
| **Checking/Savings: Wells Fargo**<br>Line from *Schedule A/B*: **17.6** | $10.74 | ■ $10.74<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(k)** |
| **Trusted CPA's & Advisors LLC 100 % ownership**<br>Line from *Schedule A/B*: **19.5** | Unknown | ■ $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(b)** |
| **401(k): Strosahl & Co. (RMS Retirement Solutions)**<br>Line from *Schedule A/B*: **21.1** | $181,744.30 | ■ $181,744.30<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(j)** |
| **IRA: Avantax**<br>Line from *Schedule A/B*: **21.2** | $7,240.00 | ■ $7,240.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(j)** |
| **Tomorrow's Scholar 529 ending in 1638**<br>Line from *Schedule A/B*: **24.1** | $3,210.29 | ■ $3,210.29<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. §§ 815.18(3)(p), 14.64(7)** |
| **Tomorrow's Scholar 529 ending in 1646**<br>Line from *Schedule A/B*: **24.2** | $4,337.55 | ■ $4,337.55<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. §§ 815.18(3)(p), 14.64(7)** |
| **Tomorrow's Scholar 529 ending in 7664**<br>Line from *Schedule A/B*: **24.3** | $6,228.10 | ■ $6,228.10<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. §§ 815.18(3)(p), 14.64(7)** |
| **Tomorrow's Scholar 529 ending in 8683**<br>Line from *Schedule A/B*: **24.4** | $6,228.10 | ■ $6,228.10<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. §§ 815.18(3)(p), 14.64(7)** |
| **Tomorrow's Scholar 529 ending in 8701**<br>Line from *Schedule A/B*: **24.5** | $18,495.12 | ■ $18,495.12<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. §§ 815.18(3)(p), 14.64(7)** |
| **American Family Beneficiary: Jennifer Wesela**<br>Line from *Schedule A/B*: **31.1** | $6,576.00 | ■ $6,576.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(f)(2)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **AICPA/(AON) (term life)**<br>**Beneficiary: Jennifer Wesela**<br>Line from *Schedule A/B*: **31.5** | **$0.00** | ■  **$0.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Wis. Stat. § 815.18(3)(f)(2)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐  No

       ☐  Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | **Phillip James Strosahl** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number 20-21076
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** | Column C<br>**Unsecured**<br>**portion**<br>If any |
|---|---|---|---|---|
| **2.1** **First Bank Financial Centre**<br>Creditor's Name<br><br>**P.O. Box 1004**<br>**Oconomowoc, WI 53066**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**N94 W21891 Schlei Road**<br>**Menomonee Falls, WI 53051**<br>**Waukesha County**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $201,206.56 | $270,000.00 | $0.00 |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  3/2019          Last 4 digits of account number  0831

| 2.2 | **First Bank Financial Centre** | | $16,949.18 | $270,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **N94 W21891 Schlei Road**
> **Menomonee Falls, WI 53051**
> **Waukesha County**

**P.O. Box 1004**
**Oconomowoc, WI 53066**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **HELOC**

**Date debt was incurred**  **11/2019**    **Last 4 digits of account number**    **2793**

---

| 2.3 | **Honda Financial Services** | | $27,170.00 | $31,394.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **2019 Honda Ridgeline 7,000 miles**

**P.O. Box 5308**
**Elgin, IL 60121**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**  **04/2019**    **Last 4 digits of account number**    **8764**

---

| 2.4 | **Village of Menomonee Falls** | | $3,103.42 | $300,000.00 | $3,103.42 |
|---|---|---|---|---|---|

Creditor's Name

**W156 N8480 Pilgrim Road**
**Menomonee Falls, WI 53051**

**Describe the property that secures the claim:**

> **N52 W14413 Aryshire Court**
> **Menomonee Falls, WI 53051**
> **Waukesha County**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Balance of 2019 real estate taxes plus interest ($30.58) and penalty ($15.29)**

**Date debt was incurred**  **2019**    **Last 4 digits of account number**

---

| 2.5 | **Village of Menomonee Falls** | | Unknown | $270,000.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**W156 N8480 Pilgrim Road**
**Menomonee Falls, WI 53051**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**N94 W21891 Schlei Road**
**Menomonee Falls, WI 53051**
**Waukesha County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) **Real estate taxes for January-February, 2020**

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.6 | **Wells Fargo Bank** | | $287,667.74 | $300,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 14411**
**Des Moines, IA 50306**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**N52 W14413 Aryshire Court**
**Menomonee Falls, WI 53051**
**Waukesha County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **2014**   Last 4 digits of account number **1693**

---

| 2.7 | **Wells Fargo Bank** | | $18,698.74 | $300,000.00 | $6,366.48 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 10335**
**Des Moines, IA 50306**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**N52 W14413 Aryshire Court**
**Menomonee Falls, WI 53051**
**Waukesha County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **2014**   Last 4 digits of account number **1998**

---

Add the dollar value of your entries in Column A on this page. Write that number here: | **$554,795.64** |

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 4

Debtor 1    **Phillip James Strosahl**                    Case number (*if known*)    **20-21076**

    First Name          Middle Name          Last Name

**If this is the last page of your form, add the dollar value totals from all pages.**
**Write that number here:**                                           **$554,795.64**

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

☐  Name, Number, Street, City, State & Zip Code

    **Gray & Associates LLP**
    **Attn:  Ian Thomson**
    **16345 W. Glendale Drive**
    **New Berlin, WI 53151-2841**

On which line in Part 1 did you enter the creditor?    **2.6**

Last 4 digits of account number ___

| | |
|---|---|
| Debtor 1 | **Phillip James Strosahl** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) | 20-21076 |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

**Internal Revenue Service**
Priority Creditor's Name
**Office of District Counsel**
**211 West Wisconsin Avenue**
**P.O. Box 3205**
**Milwaukee, WI 53203**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____ **Unknown**    **Unknown**    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | **Unknown** | **Unknown** | **Unknown** |

Priority Creditor's Name

**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

| 2.3 | **WI Dept. of Workforce Development** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Unemployment Comp. Division**
**PO Box 7945**
**Madison, WI 53707-7945**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

| 2.4 | **Wisconsin Dept. of Revenue** | Last 4 digits of account number | **Unknown** | **Unknown** | **Unknown** |

Priority Creditor's Name

**Special Procedures Unit**
**PO Box 8901**
**Madison, WI 53708-8901**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

| 2.5 | **Wisconsin Dept. of Revenue** | Last 4 digits of account number ___ ___ ___ ___ | Unknown | Unknown | Unknown |

**Wisconsin Dept. of Revenue**
Priority Creditor's Name
**PO Box 8946**
**Madison, WI 53708-8946**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|
| 4.1 | **American Express** | Last 4 digits of account number **1009** | **$32,223.64** |

**American Express**
Nonpriority Creditor's Name
**P.O. Box 981535**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **1009**

**When was the debt incurred?** **11/2018-2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit card (Strosahl & Co. CPA's S.C.)**

---

| 4.2 | **American Express** | Last 4 digits of account number | **1001** | **$2,903.00** |

Nonpriority Creditor's Name

**P.O. Box 981535**
**El Paso, TX 79998**

When was the debt incurred?     **01/2010-2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Line of credit (Strosahl & Co. CPA's S.C.)**

---

| 4.3 | **AT&T** | Last 4 digits of account number | **0710** | **Unknown** |

Nonpriority Creditor's Name

**901 Marquette Avenue N**
**Suite 800**
**Minneapolis, MN 55402**

When was the debt incurred?     **2014-2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Personal guarantee for business phone service (Strosahl & Co. CPA's S.C.)**

---

| 4.4 | **Bank of America** | Last 4 digits of account number | **9856** | **$5,189.72** |

Nonpriority Creditor's Name

**P.O. Box 982238**
**El Paso, TX 79998**

When was the debt incurred?     **05/2019-10/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit card (Strosahl & Co. CPA's S.C.)**

---

**4.5** **Bank of America**
Nonpriority Creditor's Name
**P.O. Box 982234**
**El Paso, TX 79998**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **4326**                                  **$29,863.72**

When was the debt incurred?     **01/2013-2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **Credit card (personal/used for business)**

---

**4.6** **Citibank**
Nonpriority Creditor's Name
**P.O. Box 790046**
**St. Louis, MO 63179**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **2656**                                  **$23,925.03**

When was the debt incurred?     **02/2019-10/2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **Credit card (Strosahl & Co. CPA's S.C.)**

---

**4.7** **Dell Financial Services**
Nonpriority Creditor's Name
**P.O. Box 81577**
**Austin, TX 78708-1577**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **7063**                                  **$9,223.00**

When was the debt incurred?     **2018**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **Business computer lease by Strosahl & Co. CPA's, personally guaranteed by Debtor**

---

| 4.8 | **First Bank Financial Centre** | Last 4 digits of account number | 5964 | $618.09 |

Nonpriority Creditor's Name
P.O. Box 6335
Fargo, ND 58125
Number Street City State Zip Code

When was the debt incurred?   11/2019

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   Credit card (personal)

---

| 4.9 | **Jennifer Wesela** | Last 4 digits of account number | | $93,000.00 |

Nonpriority Creditor's Name
2607 Storybrook Preserve Drive
Odessa, FL 33556
Number Street City State Zip Code

When was the debt incurred?   2014

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Property settlement in divorce**

---

| 4.10 | **Landmark Credit Union** | Last 4 digits of account number | 141 | $76,424.10 |

Nonpriority Creditor's Name
2775 S. Moorland Road
New Berlin, WI 53151
Number Street City State Zip Code

When was the debt incurred?   2016

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Business loan for Strosahl & Co. CPA's S.C. personally guaranteed by Debtor**

---

**4.1**
**1**

**Sam's Club Mastercard**
Nonpriority Creditor's Name
P.O. Box 965004
Orlando, FL 32896
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **7308**      **$23,900.00**

When was the debt incurred? **12/2018-10/2019**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card (Strosahl & Co. CPA's S.C.)**

---

**4.1**
**2**

**SBA**
Nonpriority Creditor's Name
801 R Street
Suite 101
Fresno, CA 93721
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **5503**      **$471,882.00**

When was the debt incurred? **2010**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guarantee of loan on Campbell Drive property in Strosahl Properties LLC**

---

**4.1**
**3**

**Verizon Wireless**
Nonpriority Creditor's Name
Bankruptcy Administration
500 Technology Drive
Suite 550
Weldon Spring, MO 63304
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number       **Unknown**

When was the debt incurred? **Various**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Cell phone**

---

| 4.1 4 | **Village of Menomonee Falls** | Last 4 digits of account number | | $61,349.00 |

Nonpriority Creditor's Name
**W156 N8480 Pilgrim Road**
**Menomonee Falls, WI 53051**
Number Street City State Zip Code

When was the debt incurred?    **2009**

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Revolving loan fund; other guarantee of loan**
  **Campbell Drive property in Strosahl Properties**

---

| 4.1 5 | **Waste Management** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**2625 West Grandview Road**
**Phoenix, AZ 85023**
Number Street City State Zip Code

When was the debt incurred?    **2009-2019**

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Personal guarantee (Strosahl & Co. CPA's S.C.)**

---

| 4.1 6 | **Wells Fargo PLOC** | Last 4 digits of account number | **4904** | $18,727.49 |

Nonpriority Creditor's Name
**P.O. Box 522**
**Des Moines, IA 50306**
Number Street City State Zip Code

When was the debt incurred?    **04/15/2019**

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Personal line of credit**

| 4.17 | **Wells Fargo PLOC** | | Last 4 digits of account number    8753 | $1,980.00 |
|------|----------------------|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 522**
**Des Moines, IA 50306**

Number Street City State Zip Code

When was the debt incurred?    04/15/2019

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Personal line of credit**

---

| 4.18 | **Westbury Bank** | | Last 4 digits of account number    6483 | $681,836.00 |
|------|-------------------|---|---|---|

Nonpriority Creditor's Name

**200 South Main Street**
**West Bend, WI 53095**

Number Street City State Zip Code

When was the debt incurred?    2009

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guarantee of mortgage Campbell Drive property in Strosahl Properties**

---

| 4.19 | **Wisconsin Document Imaging** | | Last 4 digits of account number | $1,500.00 |
|------|-------------------------------|---|---|---|

Nonpriority Creditor's Name

**1850 Velp Avenue**
**Suite 1**
**Green Bay, WI 54303-6609**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Security deposit**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Gurstel Law Firm P.C.**
**Attn:  Anjali Sharma**
**622 North Water Street**
**Suite 400**
**Milwaukee, WI 53202**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):        ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $    0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. | $    0.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $    0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $    0.00 |
|  | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $    0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $    0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $    0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $    0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $    1,534,544.79 |
|  | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $    1,534,544.79 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Phillip James Strosahl** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number | 20-21076 |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| 2.2 | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| 2.3 | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| 2.4 | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| 2.5 | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    **Phillip James Strosahl**
          First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number    20-21076
(if known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors
            12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

     ☐ No
     ■ Yes.

         In which community state or territory did you live?    **Wisconsin**    . Fill in the name and current address of that person.

         **Jennifer Wesela f/k/a Jennifer Strosahl**
         **2607 Storybrook Preserve Drive**
         **Odessa, FL 33556**
         Name of your spouse, former spouse, or legal equivalent
         Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.1   **Jennifer Wesela** <br> **2607 Storybrook Preserve Drive** <br> **Odessa, FL 33556** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.14** <br> ☐ Schedule G _____ <br> **Village of Menomonee Falls** |
| 3.2   **Jennifer Wesela** <br> **2607 Storybrook Preserve Drive** <br> **Odessa, FL 33556** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.1** <br> ☐ Schedule G _____ <br> **American Express** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.3   **Jennifer Wesela**<br>**2607 Storybrook Preserve Drive**<br>**Odessa, FL 33556** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.2**<br>☐ Schedule G   _____<br>**American Express** |
| 3.4   **Jennifer Wesela**<br>**2607 Storybrook Preserve Drive**<br>**Odessa, FL 33556** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.4**<br>☐ Schedule G   _____<br>**Bank of America** |
| 3.5   **Jennifer Wesela**<br>**2607 Storybrook Preserve Drive**<br>**Odessa, FL 33556** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.5**<br>☐ Schedule G   _____<br>**Bank of America** |
| 3.6   **Jennifer Wesela**<br>**2607 Storybrook Preserve Drive**<br>**Menomonee Falls, WI 53051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.10**<br>☐ Schedule G   _____<br>**Landmark Credit Union** |
| 3.7   **Jennifer Wesela**<br>**2607 Storybrook Preserve Drive**<br>**Odessa, FL 33556** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.11**<br>☐ Schedule G   _____<br>**Sam's Club Mastercard** |
| 3.8   **Jennifer Wesela**<br>**2607 Storybrook Preserve Drive**<br>**Odessa, FL 33556** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.12**<br>☐ Schedule G   _____<br>**SBA** |
| 3.9   **Jennifer Wesela**<br>**2607 Storybrook Preserve Drive**<br>**Odessa, FL 33556** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.18**<br>☐ Schedule G   _____<br>**Westbury Bank** |
| 3.10   **Strosahl & Co. CPA's S.C.**<br>**W136 N5285 Campbell Drive**<br>**Menomonee Falls, WI 53051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.14**<br>☐ Schedule G   _____<br>**Village of Menomonee Falls** |

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11 **Strosahl & Co. CPA's S.C.**<br>**W136 N5285 Campbell Drive**<br>**Menomonee Falls, WI 53051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Bank of America** |
| 3.12 **Strosahl & Co. CPA's S.C.**<br>**W136 N5285 Campbell Drive**<br>**Menomonee Falls, WI 53051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Citibank** |
| 3.13 **Strosahl & Co. CPA's S.C.**<br>**W136 N5285 Campbell Drive**<br>**Menomonee Falls, WI 53051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Dell Financial Services** |
| 3.14 **Strosahl & Co. CPA's S.C.**<br>**W136 N5285 Campbell Drive**<br>**Menomonee Falls, WI 53051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Landmark Credit Union** |
| 3.15 **Strosahl & Co. CPA's S.C.**<br>**W136 N5285 Campbell Drive**<br>**Menomonee Falls, WI 53051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**Sam's Club Mastercard** |
| 3.16 **Strosahl & Co. CPA's S.C.**<br>**W136 N5285 Campbell Drive**<br>**Menomonee Falls, WI 53051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**SBA** |
| 3.17 **Strosahl & Co. CPA's S.C.**<br>**W136 N5285 Campbell Drive**<br>**Menomonee Falls, WI 53051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Waste Management** |
| 3.18 **Strosahl & Co. CPA's S.C.**<br>**W136 N5285 Campbell Drive**<br>**Menomonee Falls, WI 53051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**Westbury Bank** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.19 **Strosahl & Co. CPA's S.C.**
**W136 N5285 Campbell Drive**
**Menomonee Falls, WI 53051**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.19**
☐ Schedule G _____
**Wisconsin Document Imaging**

3.20 **Strosahl & Co. CPA's S.C.**
**W136 N5285 Campbell Drive**
**Menomonee Falls, WI 53051**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.3**
☐ Schedule G _____
**AT&T**

3.21 **Strosahl & Co. CPA's, S.C.**
**W136 N5285 Campbell Drive**
**Menomonee Falls, WI 53051**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.2**
☐ Schedule G _____
**American Express**

3.22 **Strosahl & Co. CPAs S.C.**
**W136 N5285 Campbell Drive**
**Menomonee Falls, WI 53051**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.1**
☐ Schedule G _____
**American Express**

3.23 **Strosahl & Co. CPAs S.C.**
**W136 N5285 Campbell Drive**
**Menomonee Falls, WI 53051**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.4**
☐ Schedule G _____
**Bank of America**

3.24 **Strosahl Properties LLC**
**W136 N5285 Campbell Drive**
**Menomonee Falls, WI 53051**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.14**
☐ Schedule G _____
**Village of Menomonee Falls**

3.25 **Strosahl Properties LLC**
**W136 N5285 Campbell Drive**
**Menomonee Falls, WI 53051**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.12**
☐ Schedule G _____
**SBA**

3.26 **Strosahl Properties LLC**
**W136 N5285 Campbell Drive**
**Menomonee Falls, WI 53051**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.18**
☐ Schedule G _____
**Westbury Bank**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.27  **Strosahl Properties LLC**
**W136 N5285 Campbell Drive**
**Menomonee Falls, WI 53051**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.19___
☐ Schedule G _____
**Wisconsin Document Imaging**

3.28  **Strosahl Wealth Management LLC**
**W136 N5285 Campbell Drive**
**Menomonee Falls, WI 53051**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.14___
☐ Schedule G _____
**Village of Menomonee Falls**

3.29  **Strosahl Wealth Management LLC**
**W136 N5285 Campbell Drive**
**Menomonee Falls, WI 53051**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.3___
☐ Schedule G _____
**AT&T**

3.30  **Strosahl Wealth Management LLC**
**W136 N5285 Campbell Drive**
**Menomonee Falls, WI 53051**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.12___
☐ Schedule G _____
**SBA**

3.31  **Strosahl Wealth Management LLC**
**W136 N5285 Campbell Drive**
**Menomonee Falls, WI 53051**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.18___
☐ Schedule G _____
**Westbury Bank**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Phillip James Strosahl** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (If known) | **20-21076** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I
# Schedule I: Your Income                                              12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **CPA and Financial Advisor** | |
| | Employer's name | **Trusted CPA's & Advisors LLC** | |
| | Employer's address | **N96 W18221 County Line Road Suite 206 Menomonee Falls, WI 53051** | |
| | How long employed there? | **7 months** | |

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ N/A |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. Other deductions. Specify: | 5h.+ | $ 0.00 | + $ N/A |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 14,947.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income. Specify:** | 8h.+ | $ 0.00 | + $ N/A |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 14,947.00 | $ N/A

**10. Calculate monthly income.** Add line 7 + line 9. | 10. | $ 14,947.00 | + $ N/A | = $ 14,947.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: | 11. +$ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ 14,947.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:   **Have lost clients, but working at getting new ones.**

# Trusted CPAs & Advisors LLC
## Profit & Loss Prev Year Comparison
### December 2019

|  | Dec 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Accounting Services** | |
| Compilation | 155.35 |
| Payroll - Paychex | 1,102.43 |
| Payroll - TPC | 699.77 |
| Payroll Prep | 306.74 |
| Review | 6,915.00 |
| Write-Up | 13,359.46 |
| Accounting Services - Other | 94.02 |
| **Total Accounting Services** | 22,632.77 |
| **Consulting** | |
| Business Consulting | 4,140.90 |
| **Total Consulting** | 4,140.90 |
| Financial Planning | 2,371.95 |
| Miscellaneous Income | 84.75 |
| **QuickBooks Services** | |
| QuickBooks Support | 530.40 |
| **Total QuickBooks Services** | 530.40 |
| **Tax Services** | |
| Corporate Taxes | 3,013.30 |
| Exempt Organizations | 627.00 |
| Fiduciary Taxes | 346.50 |
| Individual Taxes | 6,332.14 |
| Partnership Taxes | 1,545.00 |
| **Total Tax Services** | 11,863.94 |
| **Wealth Management Revenue** | |
| Avantax Insurance | 8.50 |
| Avantax Investment Services | 674.56 |
| **Total Wealth Management Revenue** | 683.06 |
| **Write Offs** | |
| Write down of 1040 | 31.04 |
| Write Offs - Other | -1,485.00 |
| **Total Write Offs** | -1,453.96 |
| **Total Income** | 40,853.81 |
| **Gross Profit** | 40,853.81 |
| **Expense** | |
| Automobile Expense | 205.87 |
| Bank Service Charges | 28.00 |
| **Client Expense** | |
| Payroll Service - PayChex | 548.03 |
| Payroll Service - TPC | 338.20 |
| Strosahl Online - Intuit Payrol | 72.00 |
| **Total Client Expense** | 958.23 |
| **Computer Expense** | |
| Computer service | 1,122.80 |
| Internet access | 130.32 |
| QuickBooks | 839.75 |
| Website & hosting | 407.49 |
| Computer Expense - Other | 426.17 |
| **Total Computer Expense** | 2,926.53 |

Page 1

# Trusted CPAs & Advisors LLC
## Profit & Loss Prev Year Comparison
### December 2019

|  | Dec 19 |
|---|---|
| **Computer Software** | |
|    Creative Solutions | 1,790.17 |
|    Technical Support | 112.46 |
| **Total Computer Software** | 1,902.63 |
| **Dues and Subscriptions** | 15.71 |
| **Insurance** | |
|    Group Term Life-Employees | 53.32 |
|    Officer's Life Insurance | 7.15 |
|    Professional Liability | 681.00 |
| **Total Insurance** | 741.47 |
| **Licenses and Permits** | 51.00 |
| **Office Supplies** | |
|    Paper | 94.57 |
|    Office Supplies - Other | 420.02 |
| **Total Office Supplies** | 514.59 |
| **Payroll Expenses** | |
|    Administrative | 2,375.50 |
|    CPA's | 11,618.35 |
|    Payroll Taxes - Company | 1,114.40 |
| **Total Payroll Expenses** | 15,108.25 |
| **Postage and Delivery** | 53.78 |
| **Professional Fees** | |
|    Payroll Processing - TCA  PR | 48.00 |
| **Total Professional Fees** | 48.00 |
| **Rent - Office** | 2,410.21 |
| **Telephone** | 581.28 |
| **Travel & Ent** | |
|    Non 50%-Meals on site | 125.67 |
| **Total Travel & Ent** | 125.67 |
| **Wealth Management Expenses** | |
|    Avantax Fee | |
|       Annual Renewal | 2,036.59 |
|       Docupace | 40.00 |
|       Errors & Ommissions Fees | 230.00 |
|       Other Fees | 38.19 |
|       Resource Fees | 195.00 |
|    **Total Avantax Fee** | 2,539.78 |
| **Total Wealth Management Expenses** | 2,539.78 |
| **Total Expense** | 28,211.00 |
| **Net Ordinary Income** | 12,642.81 |
| **Other Income/Expense** | |
| **Other Income** | |
|    Interest Income | 0.69 |
| **Total Other Income** | 0.69 |
| **Net Other Income** | 0.69 |
| **Net Income** | **12,643.50** |

Case 20-21076-beh    Doc 17    Filed 03/10/20    Page 42 of 62

# Trusted CPAs & Advisors LLC
## Profit & Loss
### January 2020

|  | Jan 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Accounting Services** | |
| Payroll - Paychex | 1,053.40 |
| Payroll - TPC | 309.00 |
| Payroll Prep | 344.00 |
| Write-Up | 5,078.20 |
| Accounting Services - Other | 486.00 |
| **Total Accounting Services** | 7,270.60 |
| **Consulting** | |
| Business Consulting | 1,165.51 |
| **Total Consulting** | 1,165.51 |
| **Miscellaneous Income** | 35.63 |
| **Tax Services** | |
| Corporate Taxes | 7,710.27 |
| Exempt Organizations | 99.00 |
| Individual Taxes | 4,924.12 |
| Tax Services - Other | 135.00 |
| **Total Tax Services** | 12,868.39 |
| **Wealth Management Revenue** | |
| Avantax Advisors | 16,591.21 |
| Avantax Investment Services | 1,150.65 |
| **Total Wealth Management Revenue** | 17,741.86 |
| **Write Offs** | |
| Write down of 1040 | 2,073.00 |
| Write Offs - Other | 146.50 |
| **Total Write Offs** | 2,219.50 |
| **Total Income** | 41,301.49 |
| **Gross Profit** | 41,301.49 |
| **Expense** | |
| Advertising | 187.00 |
| **Automobile Expense** | 96.45 |
| **Bank Service Charges** | |
| Credit Card Fees | 20.00 |
| **Total Bank Service Charges** | 20.00 |
| **Client Expense** | |
| Payroll Service - PayChex | 545.66 |
| Payroll Service - TPC | 741.03 |
| Strosahl Online - Intuit Payrol | 85.50 |
| **Total Client Expense** | 1,372.19 |
| **Computer Expense** | |
| Computer service | 63.06 |
| Internet access | 130.32 |
| Website & hosting | 119.49 |
| Computer Expense - Other | 426.17 |
| **Total Computer Expense** | 739.04 |
| **Computer Software** | |
| Technical Support | 1,863.74 |
| **Total Computer Software** | 1,863.74 |
| **Dues and Subscriptions** | 15.71 |

Page 1

# Trusted CPAs & Advisors LLC
## Profit & Loss
### January 2020

|  | Jan 20 |
|---|---|
| **Insurance** | |
| Health Insurance | |
| Employee | 906.52 |
| Total Health Insurance | 906.52 |
| Officer's Life Insurance | 7.15 |
| **Total Insurance** | 913.67 |
| **Miscellaneous** | 8.40 |
| **Office Supplies** | 2,003.24 |
| **Payroll Expenses** | |
| Administrative | 4,211.90 |
| CPA's | 13,805.19 |
| Payroll Taxes - Company | 1,576.21 |
| **Total Payroll Expenses** | 19,593.30 |
| **Postage and Delivery** | 453.92 |
| **Professional Dues** | 140.00 |
| **Professional Fees** | |
| Payroll Processing - TCA  PR | 66.95 |
| **Total Professional Fees** | 66.95 |
| **Rent - Office** | 2,410.21 |
| **Repairs** | |
| Building Repairs | 95.92 |
| **Total Repairs** | 95.92 |
| **Telephone** | 636.75 |
| **Wealth Management Expenses** | |
| Computer - WM | |
| Newsletter Subscriptions | 295.00 |
| SMARSH | 120.00 |
| **Total Computer - WM** | 415.00 |
| **Total Wealth Management Expenses** | 415.00 |
| **Total Expense** | 31,031.49 |
| **Net Ordinary Income** | 10,270.00 |
| **Net Income** | **10,270.00** |

Fill in this information to identify your case:

Debtor 1 __Phillip James Strosahl__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number: __20-21076__
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 17 | ☐ No ■ Yes |
   | Son | 20 | ☐ No ■ Yes |
   | Daughter | 21 | ☐ No ■ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 1,428.68

   If not included in line 4:

   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 458.67
   4d. Homeowner's association or condominium dues    4d. $ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ 100.00

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a.  $ | **327.71** |
| | 6b.   Water, sewer, garbage collection | 6b.  $ | **0.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ | **390.46** |
| | 6d.   Other. Specify: | 6d.  $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7.  $ | **674.31** |
| 8. | **Childcare and children's education costs** | 8.  $ | **125.66** |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  $ | **281.47** |
| 10. | **Personal care products and services** | 10.  $ | **85.30** |
| 11. | **Medical and dental expenses** | 11.  $ | **933.53** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12.  $ | **563.33** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  $ | **193.53** |
| 14. | **Charitable contributions and religious donations** | 14.  $ | **100.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a.  $ | **511.15** |
| | 15b.   Health insurance | 15b.  $ | **1,669.42** |
| | 15c.   Vehicle insurance | 15c.  $ | **295.25** |
| | 15d.   Other insurance. Specify:   **Disability** | 15d.  $ | **45.20** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify:   **Federal and Wisconsin income tax** | 16.  $ | **3,423.75** |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a.  $ | **502.40** |
| | 17b.   Car payments for Vehicle 2 | 17b.  $ | **0.00** |
| | 17c.   Other. Specify: | 17c.  $ | **0.00** |
| | 17d.   Other. Specify: | 17d.  $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18.  $ | **1,000.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | |
| | Specify: | 19.  $ | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a.   Mortgages on other property | 20a.  $ | **0.00** |
| | 20b.   Real estate taxes | 20b.  $ | **0.00** |
| | 20c.   Property, homeowner's, or renter's insurance | 20c.  $ | **0.00** |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d.  $ | **100.00** |
| | 20e.   Homeowner's association or condominium dues | 20e.  $ | **0.00** |
| 21. | **Other:** Specify:   **401k and IRA** | 21.  +$ | **2,750.00** |
| | | | |
| 22. | **Calculate your monthly expenses** | | |
| | 22a.  Add lines 4 through 21. | $ | **15,959.82** |
| | 22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c.  Add line 22a and 22b.  The result is your monthly expenses. | $ | **15,959.82** |
| | | | |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.  $ | **14,947.00** |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b.  -$ | **15,959.82** |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c.  $ | **-1,012.82** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.          Explain here: **Will have another in college starting in the fall -- 3 in total for 1 year, then back to 2.  One car will need major repair or replacement.  Medical might be higher due to deferred procedure.**

Fill in this information to identify your case:

Debtor 1          **Phillip James Strosahl**

          First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)          First Name          Middle Name          Last Name

United States Bankruptcy Court for the:          EASTERN DISTRICT OF WISCONSIN

Case number          **20-21076**
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____          Attach *Bankruptcy Petition Preparer's Notice,*
                                                           *Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Phillip James Strosahl**                          X _____
  **Phillip James Strosahl**                                Signature of Debtor 2
  Signature of Debtor 1

  Date  **March 10, 2020**                                 Date _____

Fill in this information to identify your case:

| Debtor 1 | **Phillip James Strosahl** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number 20-21076
(if known)

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

☐ Married
☑ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **N52 W14413 Aryshire Court Menomonee Falls, WI 53051** | From-To: **2005 - 6/2019** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$12,426.10** | ☐ Wages, commissions, bonuses, tips | |
| **Trusted CPAs & Advisors LLC** | ☑ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** **(January 1 to December 31, 2019 )** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $100,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **Trusted CPAs & Advisors LLC (09/01/2019 - 12/31/2019)** | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | $3,273.33 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **Strosahl Wealth Management LLC** | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | $61,557.57 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **Strosahl & Co. CPAs S.C.** | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | $-21,900.66 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **Strosahl Properties LLC** | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | $-22,463.80 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** **(January 1 to December 31, 2018 )** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $81,831.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **Strosahl Wealth Management LLC** | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | $82,280.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **Strosahl & Co. CPAs S.C.** | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | $56,780.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **Strosahl Properties LLC** | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | $11,754.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

5.   **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Interest | $2.00 | | |
| **For last calendar year: (January 1 to December 31, 2019 )** | Interest | $62.43 | | |
| **For the calendar year before that: (January 1 to December 31, 2018 )** | Interest | $276.00 | | |
| | Tax exempt interest | $48.00 | | |
| | Dividend | $782.00 | | |
| | Capital gains | $1,771.00 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☑ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

☑ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **See attached** | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Wells Fargo Bank, N.A.<br>v. Phillip J. Strosahl, et al.<br>19-CV-1900** | **Foreclosure** | **Waukesha Co. Cir. Ct.<br>515 W. Moreland Blvd.<br>Waukesha, WI 53187** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Westbury Bank<br>v. Strosahl Properties, LLC, et al.<br>19-CV-1460** | **Civil** | **Waukesha Co. Cir. Ct.<br>515 W. Moreland Blvd.<br>Waukesha, WI 53187** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Landmark Credit Union<br>v. Strosahl & Co. CPA's S.C., et al.<br>19-CV-1277** | **Civil** | **Waukesha Co. Cir. Ct.<br>515 W. Moreland Blvd.<br>Waukesha, WI 53187** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Landmark Credit Union<br>v. Strosahl & Co. CPA's S.C., et al.<br>19-CV-419** | **Civil** | **Washington Co. Cir. Ct.<br>432 E. Washington St.<br>West Bend, WI 53095**<br><br>**Dismissed 7/24/2019** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **In re the Marriage of Jennifer N. Strosahl a/k/a<br>Jennifer Wesela v. Phillip J. Strosahl<br>13-FA-1218** | **Divorce** | **Waukesha Co. Cir. Ct.<br>515 W. Moreland Blvd.<br>Waukesha, WI 53187** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Minor daughter**<br><br>Person's relationship to you: **Daughter** | **$250 monthly allowance** | **Every month from 8/2018 to present** | **$4,750.00** |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Goodwill**<br>**W178 N9315 Water Tower**<br>**Menomonee Falls, WI 53051** | **Clothes, household items, etc.** | **Summer, 2019** | **$5,000.00** |

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Leverson Lucey & Metz S.C.**<br>**106 W. Seeboth Street**<br>**Suite 204-1**<br>**Milwaukee, WI 53204** | | **1/20/2020** | **$912.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Cricket Debt Counseling** | | **10/30/2019** | **$36.00** |
| **Leverson Lucey & Metz S.C.**<br>**106 W. Seeboth Street**<br>**Suite 204-1**<br>**Milwaukee, WI 53204** | | **10/08/2019** | **$4,000.00** |
| **Leverson Lucey & Metz S.C.**<br>**3030 W. Highland Blvd.**<br>**Milwaukee, WI  53208** | | **11/04/2019** | **$250.00** |
| **Leverson Lucey & Metz S.C.**<br>**3030 W. Highland Blvd.**<br>**Milwaukee, WI  53208** | | **09/30/2019** | **$940.00** |
| **Leverson Lucey & Metz S.C.**<br>**3030 W. Highland Blvd.**<br>**Milwaukee, WI  53208** | | **05/09/2019** | **$540.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **See attached.** | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☐ No
- ☑ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo** <br> **W180 N9440 Premier Lane** <br> **Menomonee Falls, WI 53051** | **xxxx-0735** | ☑ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **07/11/2019** | **$198.79** <br><br> **($7.01 balance)** |
| **Wells Fargo** <br> **W180 N9440 Premier Lane** <br> **Menomonee Falls, WI 53051** | **xxxx-8292** | ☑ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **05/09/2019** | **$957.38** <br><br> **($ .01  balance)** |
| **Wells Fargo** <br> **W180 N9440 Premier Lane** <br> **Menomonee Falls, WI 53051** | **xxxx-3928** | ☑ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **05/22/2019** | **$56,952** <br><br> **($ .17 balance)** |
| **Wells Fargo** <br> **W180 N9440 Premier Lane** <br> **Menomonee Falls, WI 53051** | **xxxx-4938** | ☐ Checking <br> ☑ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **05/22/2019** | **$1,238.29** <br><br> **($ .03 balance)** |
| **Wells Fargo** <br> **W180 N9440 Premier Lane** <br> **Menomonee Falls, WI 53051** | **xxxx-0237** | ☐ Checking <br> ☑ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **05/22/2019** | **$857.50** <br><br> **($ .01 balance)** |
| **Wells Fargo** <br> **W180 N9440 Premier Lane** <br> **Menomonee Falls, WI 53051** | **xxxx-5544** <br><br> **f/b/o minor daughter** | ☑ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **06/03/2019** | **$3.03** <br><br> **($ .62 balance)** |
| **Wells Fargo** <br> **W180 N9440 Premier Lane** <br> **Menomonee Falls, WI 53051** | **xxxx-7272** <br> **f/b/o minor daughter** | ☐ Checking <br> ☑ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **06/11/2019** | **$229.46** <br><br> **($ .01 balance)** |

Case 20-21076-beh    Doc 17    Filed 03/10/20    Page 54 of 62

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ **No**
☑ **Yes. Fill in the details.**

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Wells Fargo Bank**<br>**2675 N. Mayfair Road**<br>**Wauwatosa, WI 53226** | **N/A** | **Personal items of no value and legal documents** | ☐ No<br>☑ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ **No**
☑ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Strosahl Properties LLC**<br>**W136 N5285 Campbell Road**<br>**Menomonee Falls, WI  53051** | **N/A** | **Bikes, kayaks, old furniture, exercise equipment, family (personal) files** | ☑ No<br>☐ Yes |
| **Previous Residence**<br>**N52 W14413 Aryshire Court**<br>**Menomonee Falls, WI  53051** | **N/A** | **Boxes, bikes, kayaks, car top carrier, bike carriers, lawn mower** | ☐ No<br>☑ Yes<br>**in foreclosure** |

xxxx

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
☑ **Yes.  Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Minor daughter** | **FBFC checking account ending in 7219 ($38.61) and savings account ending in 8241 ($812.66)** | **Money** | **$851.27** |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

☑ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☑ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☑ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
| Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

25. Have you notified any governmental unit of any release of hazardous material?

☐ No
☑ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
| Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |
| W136 N5285 Campbell Drive | Village of Menomonee Falls | | 2015 |
| Menomonee Falls, WI 53051 | | | |
| Diesel fuel spill 5 years ago | | | |
| (Village of Menomonee Falls took care of it.) | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| Case Title | Court or agency | Nature of the case | Status of the |
| Case Number | Name | | case |
| | Address (Number, Street, City, State and ZIP Code) | | |

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name | Describe the nature of the business | Employer Identification number |
| Address | | Do not include Social Security number or ITIN. |
| (Number, Street, City, State and ZIP Code) | Name of accountant or bookkeeper | |
| | | Dates business existed |
| Strosahl & Co. CPA's S.C. | CPA firm | EIN:       39-1947696 |
| W136 N5285 Campbell Drive | | |
| Menomonee Falls, WI 53051 | Phil Strosahl | From-To    1999 - Present |
| Strosahl Wealth Management LLC | Financial planning advisors | EIN:       26-1430165 |
| W136 N5285 Campbell Drive | | |
| Menomonee Falls, WI 53051 | Phil Strosahl | From-To    2007 - Present |
| Strosahl Properties LLC | Ownership and management of | EIN:       26-4008908 |
| W136 N5285 Campbell Drive | rental building - Campbell Drive | |
| Menomonee Falls, WI 53051 | | From-To    2009 - Present |
| | Phil Strosahl | |

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| Strosahl Family LLC N94 W21891 Schlei Road Menomonee Falls, WI 53051 | Family cottage and scholarship funds Phillip Strosahl | EIN: 83-1968132 From-To 2018-Present |
| Trusted CPAs and Advisors LLC N96 W18221 County Line Road Suite 206 Menomonee Falls, WI 53051 | CPA and wealth management firm Phillip Strosahl | EIN: 83-4348698 From-To 03/2019-Present |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☑ Yes. Fill in the details below.

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Landmark Credit Union 2775 S. Moorland Road New Berlin, WI 53151 | 10/09/2018 |
| Tri City National Bank 6400 S. 27th Street Oak Creek, WI 53154 | 05/08/2019 |
| Westbury Bank 200 S. Main Street West Bend, WI 53095 | 10/09/2018 |
| SBA Wisconsin Development Finance Corp. 4618 South Biltmore Lane Madison, WI 53718 | 10/05/2018 |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Phillip James Strosahl
_____          _____
Phillip James Strosahl                              Signature of Debtor 2
Signature of Debtor 1

Date    March 10, 2020                              Date  _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Phillip J. Strosahl<br>Case No. 20-21076-beh<br>SOFA Question 7<br>Page 1 | | | |
|---|---|---|---|
| **Insider's Name and Address** | **Total Amount Paid/Amount You Still Owe** | **Reason for this Payment** | **Dates of Payment** |
| Trusted CPAs & Advisors LLC<br>N96W18221 County Line Rd<br>Suite 206<br>Menomonee Falls, WI 53051 | $10,000/$-0- | Reimbursement of wealth management expenses paid by Trusted CPAs | 11/25/19 |
| Person's Relationship to You - Phil's LLC | | | |
| | | | |
| Trusted CPAs & Advisors LLC<br>N96W18221 County Line Rd<br>Suite 206<br>Menomonee Falls, WI 53051 | $4,000/$-0- | Reimbursement of wealth management expenses paid by Trusted CPAs | 12/10/19 |
| Person's Relationship to You - Phil's LLC | | | |
| | | | |
| Trusted CPAs & Advisors LLC<br>N96W18221 County Line Rd<br>Suite 206<br>Menomonee Falls, WI 53051 | $10,000/$-0- | Reimbursement of wealth management expenses paid by Trusted CPAs | 9/16/19 |
| Person's Relationship to You - Phil's LLC | | | |
| | | | |
| Trusted CPAs & Advisors LLC<br>N96W18221 County Line Rd<br>Suite 206<br>Menomonee Falls, WI 53051 | $15,000/$-0- | Reimbursement of wealth management expenses paid by Trusted CPAs | 9/30/19 |
| Person's Relationship to You - Phil's LLC | | | |
| | | | |
| Trusted CPAs & Advisors LLC<br>N96W18221 County Line Rd<br>Suite 206<br>Menomonee Falls, WI 53051 | $25,000/$-0- | Reimbursement of wealth management expenses paid by Trusted CPAs | 5/22/19 |
| Person Relationship to You - Phil's LLC | | | |
| | | | |
| Strosahl & Co. CPAs, S.C.<br>W136N5285 Campbell Drive<br>Menomonee Falls, WI 53051 | $12,000/$-0- | Reimbursement of wealth management expenses paid by Strosahl & Co. CPAs | 10/31/19 |
| Person Relationship to You - Phil's S-Corp | | | |
| | | | |

| Phillip J. Strosahl<br>Case No. 20-21076-beh<br>SOFA Question 7<br>Page 2 | | | |
|---|---|---|---|
| Insider's Name and Address | Total Amount Paid/Amount You Still Owe | Reason for this Payment | Dates of Payment |
| Strosahl & Co. CPAs, S.C.<br>W136N5285 Campbell Drive<br>Menomonee Falls, WI 53051 | $19,550/$-0- | Reimbursement of wealth management expenses paid by Strosahl & Co. CPAs | 5/22/19 |
| Person Relationship to You - Phil's S-Corp | | | |
| | | | |
| Trusted CPAs & Advisors LLC<br>N96W18221 County Line Rd<br>Suite 206<br>Menomonee Falls, WI  53051 | $11,700/$-0- | Reimbursement of wealth management expenses paid by Trusted CPAs | 2/5/20 |
| Person Relationship to You - Phil's LLC | | | |
| | | | |
| Trusted CPAs & Advisors LLC<br>N96W18221 County Line Rd<br>Suite 206<br>Menomonee Falls, WI  53051 | $10,867/$-0- | Reimbursement of wealth management expenses paid by Trusted CPAs | 2/12/20 |
| Person Relationship to You - Phil's LLC | | | |
| | | | |
| Jennifer Wesela<br>2607 Storybrook Preserve Dr<br>Odessa, FL  33556 | $3,000/$93,000 | Paid her attorney fees per MSA | 11/4/19 |
| Person Relationship to You – ex-Wife | | | |
| | | | |
| Jennifer Wesela<br>2607 Storybrook Preserve Dr<br>Odessa, FL  33556 | $2,500/$93,000 | Paid her attorney fees per MSA | 8/1/19 |
| Person Relationship to You – ex-Wife | | | |
| | | | |
| Jennifer Wesela<br>2607 Storybrook Preserve Dr<br>Odessa, FL  33556 | $3,000/$93,000 | Paid her attorney fees per MSA | 10/29/19 |
| Person Relationship to You – ex-Wife | | | |
| | | | |

**Phillip J. Strosahl**
**Case No. 20-21076-beh**
**SOFA Question 18**
**Page 1**

| Person who Received Transfer | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Tomorrow's Scholar c/o Voya Investment Mgmt 4400 Computer Drive Westborough, MA 01581 | Deposited $2,000 into 529 accounts | 529 educational accounts for children and grandchildren | 11/1/19 |
| Person Relationship to You – Children and Grandchildren | | | |
| Tomorrow's Scholar c/o Voya Investment Mgmt 4400 Computer Drive Westborough, MA 01581 | Deposited $2,000 into 529 accounts | 529 educational accounts for children and grandchildren | 11/1/19 |
| Person Relationship to You - Children and Grandchildren | | | |
| Tomorrow's Scholar c/o Voya Investment Mgmt 4400 Computer Drive Westborough, MA 01581 | Deposited $3,000 into 529 accounts | 529 educational accounts for children and grandchildren | 11/4/19 |
| Person Relationship to You - Children and Grandchildren | | | |
| Tomorrow's Scholar c/o Voya Investment Mgmt 4400 Computer Drive Westborough, MA 01581 | Deposited $33,000 into 529 accounts | 529 educational accounts for children and grandchildren | 11/5/19 |
| Person Relationship to You - Children and Grandchildren | | | |
| Jennifer Wesela 2607 Storybrook Preserve Dr Odessa, FL 33556 | $3,000 | Paid her attorney fees per MSA | 11/4/19 |
| Person Relationship to You – ex-Wife | | | |
| Jessie, Jack and minor child Strosahl N94W21891 Schlei Rd Menomonee Falls, WI 53051 | Transferred their money to new bank $12,400 | Funds were transferred from their savings accounts into my checking account and then immediately into their account at the new bank | 5/22/19 |
| Person Relationship to You - Children | | | |

| Phillip J. Strosahl<br>Case No. 20-21076-beh<br>SOFA Question 18<br>Page 2 | | | |
|---|---|---|---|
| **Person who Received Transfer** | **Description and value of property transferred** | **Describe any property or payments received or debts paid in exchange** | **Date transfer was made** |
| Bluebell Realty Trust<br>W240N3485 Pewaukee Rd<br>Pewaukee, WI  53072 | Down Payment on Schlei Road home $10,000 | Purchased new home | 2/13/19 |
| Person Relationship to You – Sellers Real Estate Agent for Phil's home purchase | | | |
| | | | |
| First Bank Financial Centre<br>155 W Wisconsin Ave<br>Oconomowoc, WI  53066 | Down Payment at Closing on Schlei Road home $45,015 | Purchased new home | 3/13/19 |
| Person Relationship to You – Mortgage holder for new home | | | |
| | | | |
| NFS LLC<br>c/o Advantax Wealth Mgmt<br>P.O. Box 650622<br>Dallas, TX  75265 | $7,000 | 2019 IRA Contribution for Phil | 11/13/19 |
| Person Relationship to You – IRA Custodian | | | |
| | | | |
| Jessica Strosahl<br>Daughter | $3,000 from her 529 plan for tuition | None | 1/30/20 |
| | | | |
| Jack Strosahl<br>Son | $3,000 from his 529 plan for tuition | None | 1/30/20 |
| | | | |
| Strosahl Family LLC<br>N96 W21891 Schlei Road<br>Menomonee Falls, WI 53051 | Transferred 20% ownership interest in 14053 S. Half Moon Lake Rd., Pound, WI. Estimates value of 20% ownership stake is $20,000. Also transferred $8,000 from WF account ending in 2865 on 1/17/2019 (cottage operating account) and $4,532.31 from same account on 5/9/2019. All owners had contributed annually to this account. | Received a 25% ownership interest in the LLC.<br><br>All assets are restricted by LLC operating agreement; can't be used for my personal benefit or sold. | 01/2019<br><br>05/2019 |
| Person Relationship to You – Part owner | | | |

| Person who Received Transfer | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Strosahl Family LLC<br>N96 W21891 Schlei Road<br>Menomonee Falls, WI 53051 | Transferred funds held in trust (but in Phillip Strosahl's name) for a scholarship fund for descendants of Stanford and Phyllis Strosahl.<br><br>$957.37 from WF account ending in 8292 | None | <br><br><br><br><br><br>5/9/19 |
| | $36,967 in value of marketable securities in Avantax account ending in 0228 | | 10/16/18 |
| | $3,131 in stated value of a Heinz REIT | | 10/11/18 |
| | $3,248 in stated value of a FS KKR Capital fund | | 12/19/18 |
| | $7,411 in stated value of a Walton Land fund | | 10/5/18 |
| | | | |
| | | | |