

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 20, 2020

Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

IN RE
Phillip James Strosahl

Debtor.

Chapter: 7

Case No. 20-21076-beh

**ORDER GRANTING MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

Wells Fargo Bank, N.A. (the "Movant") filed a motion for an order for relief from the automatic stay and abandonment to foreclose on the Debtor's property located at N52W14413 Aryshire Ct, Menomonee Falls, WI 53051-6872 (the "Property"). Due and proper notice was given, and no objections were filed. The facts recited in the motion show that the Movant's interest in the Property is not adequately protected or that other cause exists for granting the Movant's request for relief from the automatic stay and abandonment.

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. §362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

IT IS FURTHER ORDERED: that entry of this order shall constitute the abandonment of the estate's interest in the property pursuant to 11 U.S.C. § 554, subject to the trustee's right to claim any surplus funds which may exist after the sale of the property.

IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####