UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: § Case No. 20-21076-BEH
§
PHILLIP JAMES STROSAHL §
§
§
Debtor §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/12/2020. The undersigned trustee was appointed on 02/12/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $26,865.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $28.28 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $26,836.72 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/17/2020 and the deadline for filing government claims was 08/10/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,436.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,436.50, for a total compensation of $3,436.50[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/22/2021         By:   /s/ Steven R. McDonald
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

| Case No.: | 20-21076-BEH | Trustee Name: | Steven R. McDonald |
|---|---|---|---|
| Case Name: | STROSAHL, PHILLIP JAMES | Date Filed (f) or Converted (c): | 02/12/2020 (f) |
| For the Period Ending: | 9/22/2021 | §341(a) Meeting Date: | 04/16/2020 |
| | | Claims Bar Date: | 12/17/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 REAL PROPERTY: N94 W21891 Schlei Road Menomonee Falls WI 53051-0000 | $270,000.00 | $0.00 | OA | $0.00 | FA |
| 2 REAL PROPERTY: N52 W14413 Aryshire Court Menomonee Falls WI 53051-0000 | $300,000.00 | $0.00 | OA | $0.00 | FA |
| 3 VEHICLE: 2002 Ford E150 Mileage: 145,000 Other Information: Fair condition | $686.00 | $686.00 | OA | $0.00 | FA |
| 4 VEHICLE: 2006 Chevrolet Trailblazer Mileage: 175,000 Other Information: Fair condition | $1,024.00 | $1,024.00 | OA | $0.00 | FA |
| 5 VEHICLE: 2007 Ford Model: Escape Mileage: 245,000 Other Information: Poor condition | $517.00 | $517.00 | OA | $0.00 | FA |
| 6 VEHICLE: 2019 Honda Model: Ridgeline Mileage: 7,000 | $31,394.00 | $224.00 | OA | $0.00 | FA |
| 7 VEHICLE: 2000 Trailer Utility 5 x 10 | $500.00 | $500.00 | OA | $0.00 | FA |
| 8 HOUSEHOLD GOODS AND FURNISHINGS: Kitchen $2,410.00 Dining Room $560.00 Living Room $705.00 Front Hall $15.00 Master Bedroom $330.00 Bedroom/Daughter $165.00 Third Bedroom $140.00 TV Room $78.00 Porch $138.00 Basement $2,035.00 Garage $2,715.00 Yard (hot tub) $3,000.00 | $12,291.00 | $291.00 | OA | $0.00 | FA |
| 9 ELECTRONICS | $1,300.00 | $1,300.00 | OA | $0.00 | FA |
| 10 EQUIPMENT FOR SPORTS AND HOBBIES | $850.00 | $850.00 | OA | $0.00 | FA |
| 11 CLOTHES | $1,000.00 | $1,000.00 | OA | $0.00 | FA |
| 12 JEWELRY: Wedding ring, Seiko and Timex watches | $300.00 | $300.00 | OA | $0.00 | FA |
| 13 PET: Rescue mutt | $0.00 | $0.00 | OA | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 20-21076-BEH | Trustee Name: | Steven R. McDonald |
|---|---|---|---|
| Case Name: | STROSAHL, PHILLIP JAMES | Date Filed (f) or Converted (c): | 02/12/2020 (f) |
| For the Period Ending: | 9/22/2021 | §341(a) Meeting Date: | 04/16/2020 |
| | | Claims Bar Date: | 12/17/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 14  PERSONAL HOUSEHOLD ITEM: Hearing aids | Unknown | $0.00 | OA | $0.00 | FA |
| 15  CASH | $200.00 | $200.00 | | $200.00 | FA |
| 16  DEPOSITS OF MONEY: Checking ending in 7083 First Bank Financial Centre | $2,227.99 | $0.00 | OA | $0.00 | FA |
| 17  DEPOSITS OF MOENY: Checking/UTMA ending in 7219 First Bank Financial Centre (minor daughter) | $38.61 | $0.00 | OA | $0.00 | FA |
| Asset Notes: This asset is not property of the bankruptcy estate. | | | | | |
| 18  DEPOSITS OF MONEY: Savings ending in 7287 First Bank Financial Centre | $21.79 | $0.00 | OA | $0.00 | FA |
| 19  DEPOSITS OF MONEY: Savings ending in 8258 First Bank Financial Centre | $506.37 | $0.00 | OA | $0.00 | FA |
| 20  DEPOSITS OF MONEY: Savings/UTMA ending in 8241 First Bank Financial Centre (minor daughter) | $812.66 | $0.00 | OA | $0.00 | FA |
| Asset Notes: This asset is not property of the bankruptcy estate. | | | | | |
| 21  DEPOSITS OF MONEY: Checking/Savings Wells Fargo | $10.74 | $0.00 | OA | $0.00 | FA |
| 22  BUSINESS INTEREST: Strosahl Family, LLC 25 % | $22,000.00 | $20,000.00 | | $20,000.00 | FA |
| Asset Notes: This LLC represents the Debtor's interest in his family's vacation property. After cost of sales, the Debtor's interest is likely just under $20,000.00. This asset is part of a compromise. | | | | | |
| 23  BUSINESS INTEREST: Strosahl & Co. CPA's S.C. 100 % | $0.00 | $0.00 | OA | $0.00 | FA |
| 24  BUSINESS INTEREST: Strosahl Wealth Management LLC 100 % | $0.00 | $0.00 | OA | $0.00 | FA |
| 25  BUSINESS INTEREST: Strosahl Properties LLC 100 % | $0.00 | $0.00 | OA | $0.00 | FA |
| 26  BUSINESS INTEREST: Trusted CPA's & Advisors LLC 100 % | Unknown | $0.00 | OA | $0.00 | FA |
| 27  RETIREMENT ACCOUNT: 401(k) Strosahl & Co. (RMS Retirement Solutions) | $181,744.30 | $0.00 | OA | $0.00 | FA |
| 28  RETIREMENT ACCOUNT: IRA Avantax | $7,240.00 | $0.00 | OA | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 20-21076-BEH | Trustee Name: | Steven R. McDonald |
|---|---|---|---|
| Case Name: | STROSAHL, PHILLIP JAMES | Date Filed (f) or Converted (c): | 02/12/2020 (f) |
| For the Period Ending: | 9/22/2021 | §341(a) Meeting Date: | 04/16/2020 |
|  |  | Claims Bar Date: | 12/17/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 29 | INTEREST IN EDUCATION IRA: Tomorrow's Scholar 529 ending in 1638 | $3,210.29 | $0.00 | OA | $0.00 | FA |
| 30 | INTEREST IN EDUCATION IRA: Tomorrow's Scholar 529 ending in 1646 | $4,337.55 | $0.00 | OA | $0.00 | FA |
| 31 | INTEREST IN EDUCATION IRA: Tomorrow's Scholar 529 ending in 7664 | $6,228.10 | $0.00 | OA | $0.00 | FA |
| 32 | INTEREST IN EDUCATION IRA: Tomorrow's Scholar 529 ending in 8683 | $6,228.10 | $0.00 | OA | $0.00 | FA |
| 33 | INTEREST IN EDUCATION IRA: Tomorrow's Scholar 529 ending in 8701 | $18,495.12 | $0.00 | OA | $0.00 | FA |
| 34 | LICENSES: CPA license; securities license 6 & 7; life insurance sales license | Unknown | $0.00 | OA | $0.00 | FA |
| 35 | TAX REFUNDS: 2019 return not yet filed | Unknown | $6,665.00 | | $6,665.00 | FA |

Asset Notes: The Debtor filed his 2019 tax returns on September 2, 2020, which was approximately 7 months after filing his Chapter 7. The Debtor's gross combined 2019 state and federal refunds were $10,003.00. The Debtor also filed 2020 short year tax returns for the period of January 1, 2020, through February 12, 2020. The Debtor owed $2,823.00 in federal taxes and $515.00 in state taxes. The Debtor paid the 2020 short year taxes after receiving his 2019 tax refunds. This asset is part of a compromise.

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | INTEREST IN INSURANCE POLICY: American Family ; Beneficiary: Jennifer Wesela | $6,576.00 | $0.00 | OA | $0.00 | FA |
| 37 | INTEREST IN INSURANCE POLICY: CCHP (health insurance) Phillip Strosahl and ; Beneficiary: minor daughter | $0.00 | $0.00 | OA | $0.00 | FA |
| 38 | INTEREST IN INSURANCE POLICY: AICPA/(AON) (disability) ; Beneficiary: Phillip Strosahl | $0.00 | $0.00 | OA | $0.00 | FA |
| 39 | INTEREST IN INSURANCE POLICY: American Family (homeowners) ; Beneficiary: Phillip Strosahl | $0.00 | $0.00 | OA | $0.00 | FA |
| 40 | INTEREST IN INSURANCE POLICY: AICPA/(AON) (term life) ; Beneficiary: Jennifer Wesela | $0.00 | $0.00 | OA | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 20-21076-BEH | | Trustee Name: | Steven R. McDonald |
|---|---|---|---|---|
| Case Name: | STROSAHL, PHILLIP JAMES | | Date Filed (f) or Converted (c): | 02/12/2020 (f) |
| For the Period Ending: | 9/22/2021 | | §341(a) Meeting Date: | 04/16/2020 |
| | | | Claims Bar Date: | 12/17/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$879,739.62      $33,557.00      $26,865.00      $0.00

**Major Activities affecting case closing:**

01/28/2021    There are three assets that have value to the bankruptcy estate. The first is the Debtor's interest in an LLC that constitutes his family's vacation property. This interest has a scheduled value of $22,000.00. The second asset is the Debtor's non-exempt 2019 tax refunds. The Debtor filed his 2019 state and federal tax returns and 2020 short year tax returns approximately 7 months after filing his Chapter 7. The Debtor's net tax refund was $6,665.00. The Debtor and the Trustee entered into a compromise totaling $26,665.00 to compensate the estate for these two assets. The Court approved the compromise. The third asset is the non-exempt cash in the amount of $200.00.

All non-essential assets have been abandoned All assets with value to the bankruptcy estate have been collected. The claims bar date has passed. Claims have been reviewed. A TFR has been filed.

**Initial Projected Date Of Final Report (TFR):**    02/12/2022      /s/ STEVEN R. MCDONALD
**Current Projected Date Of Final Report (TFR):**          STEVEN R. MCDONALD

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-21076-BEH | | Trustee Name: | Steven R. McDonald |
|---|---|---|---|---|
| Case Name: | STROSAHL, PHILLIP JAMES | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5195 | | Checking Acct #: | ******1076 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/12/2020 | | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 9/22/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/09/2021 | | Five nine Bank | Remitted by Debtor, Phillip Strosahl as payment in full pursuant to a Court Order. (Doc. #58.) | * | $26,665.00 | | $26,665.00 |
| | {22} | | Payment for Debtor's interest in Strosahl Family, LLC (See Doc. #58)    $20,000.00 | 1129-000 | | | $26,665.00 |
| | {35} | | Payment for Debtor's interest in 2019 tax refunds (See Doc. #58)    $6,665.00 | 1129-000 | | | $26,665.00 |
| 08/18/2021 | (15) | Phillip Strosahl | Payment in full of the debtors non-exempt interest in cash.  (Asset #15) | 1129-000 | $200.00 | | $26,865.00 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $28.28 | $26,836.72 |
| | | | TOTALS: | | $26,865.00 | $28.28 | $26,836.72 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $26,865.00 | $28.28 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $26,865.00 | $28.28 | |

| For the period of 2/12/2020 to 9/22/2021 | | For the entire history of the account between 08/09/2021 to 9/22/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $26,865.00 | Total Compensable Receipts: | $26,865.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,865.00 | Total Comp/Non Comp Receipts: | $26,865.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $28.28 | Total Compensable Disbursements: | $28.28 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28.28 | Total Comp/Non Comp Disbursements: | $28.28 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2  Exhibit B

| | |
|---|---|
| Case No. | 20-21076-BEH |
| Case Name: | STROSAHL, PHILLIP JAMES |
| Primary Taxpayer ID #: | **-***5195 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 2/12/2020 |
| For Period Ending: | 9/22/2021 |

| | |
|---|---|
| Trustee Name: | Steven R. McDonald |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******1076 |
| Account Title: | |
| Blanket bond (per case limit): | $1,500,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $26,865.00 | $28.28 | $26,836.72 |

**For the period of 2/12/2020 to 9/22/2021**

| | |
|---|---|
| Total Compensable Receipts: | $26,865.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,865.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $28.28 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/12/2020 to 9/22/2021**

| | |
|---|---|
| Total Compensable Receipts: | $26,865.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,865.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $28.28 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ STEVEN R. MCDONALD

STEVEN R. MCDONALD

| Case No. | 20-21076-BEH | Trustee Name: | Steven R. McDonald |
|---|---|---|---|
| Case Name: | STROSAHL, PHILLIP JAMES | Date: | 9/22/2021 |
| Claims Bar Date: | 12/17/2020 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adm.1 | STEVEN R. MCDONALD<br><br>7300 S. 13th Street, Suite 201<br>Oak Creek WI 53154 | 09/16/2021 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,436.50 | $3,436.50 | $0.00 | $0.00 | $0.00 | $3,436.50 |
| 1 | WELLS FARGO BANK, N.A.<br>c/o Wells Fargo Servicing Center<br>MAC Q2132-023<br>PO Box 94423<br>Albuquerque NM 87199 | 09/18/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $18,727.49 | $18,727.49 | $18,727.49 | $0.00 | $0.00 | $0.00 | $18,727.49 |
| **Claim Notes:** | Money loaned | | | | | | | | | | | |
| 2 | U.S. BANK NA DBA ELAN FINANCIAL SERVICES BANKRUPTCY DEPARTMENT<br>fka First Bank Financial Centre<br>PO Box 5227<br>Cincinnati OH 45201-5227 | 11/06/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $618.09 | $618.09 | $618.09 | $0.00 | $0.00 | $0.00 | $618.09 |
| **Claim Notes:** | (2-1) CREDIT CARD 5964 | | | | | | | | | | | |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 11/10/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $32,223.64 | $32,262.64 | $32,262.64 | $0.00 | $0.00 | $0.00 | $32,262.64 |
| **Claim Notes:** | Credit Card | | | | | | | | | | | |
| 4 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 11/12/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,903.00 | $3,017.60 | $3,017.60 | $0.00 | $0.00 | $0.00 | $3,017.60 |
| **Claim Notes:** | Credit card | | | | | | | | | | | |
| 5 | VERIZON<br><br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 11/13/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $786.58 | $786.58 | $0.00 | $0.00 | $0.00 | $786.58 |

| Case No. | 20-21076-BEH | | | Trustee Name: | Steven R. McDonald |
|---|---|---|---|---|---|
| Case Name: | STROSAHL, PHILLIP JAMES | | | Date: | 9/22/2021 |
| Claims Bar Date: | 12/17/2020 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC PO Box 41021 Norfolk VA 23541 | 12/10/2020 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $23,900.00 | $25,866.84 | $25,866.84 | $0.00 | $0.00 | $0.00 | $25,866.84 |
| **Claim Notes:** | Credit card -- Money loan revolving credit | | | | | | | | | | | |
| 7 | VILLAGE OF MENOMONEE FALLS W156 N8480 Pilgrim Road Menomonee Falls WI 53051 | 12/28/2020 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $61,349.00 | $64,042.19 | $64,042.19 | $0.00 | $0.00 | $0.00 | $64,042.19 |
| **Claim Notes:** | Money loaned -- Strosahl Properties, LLC promissory Note dated 4/9/2009 revolving loan fund | | | | | | | | | | | |
| | | | | | | $148,757.93 | $148,757.93 | $0.00 | $0.00 | $0.00 | $148,757.93 |

| | |
|---|---|
| **Case No.** 20-21076-BEH | **Trustee Name:** Steven R. McDonald |
| **Case Name:** STROSAHL, PHILLIP JAMES | **Date:** 9/22/2021 |
| **Claims Bar Date:** 12/17/2020 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $19,514.07 | $19,514.07 | $0.00 | $0.00 | $0.00 | $19,514.07 |
| Payments to Unsecured Credit Card Holders | $61,765.17 | $61,765.17 | $0.00 | $0.00 | $0.00 | $61,765.17 |
| Tardy General Unsecured § 726(a)(3) | $64,042.19 | $64,042.19 | $0.00 | $0.00 | $0.00 | $64,042.19 |
| Trustee Compensation | $3,436.50 | $3,436.50 | $0.00 | $0.00 | $0.00 | $3,436.50 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 20-21076-BEH
Case Name: PHILLIP JAMES STROSAHL
Trustee Name: Steven R. McDonald

| | |
|---|---:|
| Balance on hand: | $26,836.72 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $26,836.72 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Steven R. McDonald, Trustee Fees | $3,436.50 | $0.00 | $3,436.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $3,436.50 |
| Remaining balance: | $23,400.22 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $23,400.22 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $23,400.22 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-TFR (5/1/2011)

Timely claims of general (unsecured) creditors totaling $81,279.24 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | $18,727.49 | $0.00 | $5,391.63 |
| 2 | U.S. Bank NA dba Elan Financial Services Bankruptcy Department | $618.09 | $0.00 | $177.95 |
| 3 | American Express National Bank | $32,262.64 | $0.00 | $9,288.38 |
| 4 | American Express National Bank c/o Becket and Lee LLP | $3,017.60 | $0.00 | $868.76 |
| 5 | Verizon | $786.58 | $0.00 | $226.46 |
| 6 | Synchrony Bank c/o PRA Receivables Management, LLC | $25,866.84 | $0.00 | $7,447.04 |

Total to be paid to timely general unsecured claims: $23,400.22
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $64,042.19 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 7 | Village of Menomonee Falls | $64,042.19 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |